■ MICHAEL CONN et al., Respondents, v SEARS, ROEBUCK & COMPANY, Appellant. (Appeal No. 2.) [692 NYS2d 624] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.— Set Aside Verdict.) Present—Denman, P. J., Pine, Lawton and Balio, JJ.